1010

## PARKER RUST PROOF COMPANY v. FORD MOTOR CO.

No. 5499.

Circuit Court of Appeals, Sixth Circuit.
March 13, 1930.

Angell, Turner & Dyer, of Detroit, Mich., Edw. N. Pagelson, of Panama City, Fla., B. D. Chandler, of Hudson, Mich., and J. H. Cornelius, of Adrian, Mich., for appellant.

Otto F. Barthel, Longley & Middleton, and Chas. R. Halbert, all of Detroit, Mich., and Jones Addington Ames & Seibold, of Chicago, Ill., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

## Edward PARRADEE, v. William Smalley DANIELS and New Era Spring & Specialty Company.

No. 5246.

Circuit Court of Appeals, Sixth Circuit.
November 16, 1929.

Alvah P. Cady, of Benton Harbor, Mich., and Chappell & Earl, of Kalamazoo, Mich., for appellant.

Linsey Shivel & Phelps, of Grand Rapids, Mich., for appellees.

PER CURIAM.

Judgment of District Court affirmed.

## PEOPLE of the STATE OF COLORADO v. VICTOR–AMERICAN FUEL COMPANY.

No. 140.

Circuit Court of Appeals, Tenth Circuit.
January 17, 1930.

Robert E. Winbourn, Atty. Gen., for appellant.

Frank E. Gove and Kenaz Huffman, both of Denver, Colo., for appellee.

Before LEWIS, Circuit Judge, and KENNEDY, District Judge.

PER CURIAM.

Dismissed January 17, 1930, on stipulation.

## John PETERSEN, Appellant, v. P. C. RASMUSSEN, Trustee in Bankruptcy, etc., et al.

No. 8763.

Circuit Court of Appeals, Eighth Circuit.
May 20, 1930.

B. I. Salinger, of Chicago, Ill., for appellant.

Verne Benjamin, of Council Bluffs, Iowa, and L. W. Powers, of Denison, Iowa, for appellee.

PER CURIAM.

Appeal dismissed with costs, under Rule 17, for want of prosecution.

## PHILIPPINE REFINING CORPORATION, Proctor & Gamble, and American Linseed Company, Libelants-Appellees, v. UNITED STATES of America, Respondent-Appellant.

No. 324.

Circuit Court of Appeals, Second Circuit.
May 19, 1930.

Charles H. Tuttle, U. S. Atty., of New York City (William E. Collins, Sp. Asst. U. S. Atty., of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (D. Roger Englar and James N. Senecal, both of New York City, of counsel), for appellees.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decree [29 F.(2d) 134, 33 F.(2d) 974] affirmed.